Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
Jonathan T. Martinez (SBN 314228)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:  (518) 869-9200
Facsimile:   (518) 869-3334
Email:  mgregg@rosewaldorf.com
         mskanes@rosewaldorf.com
         jmartinez@rosewaldorf.com

JS-6

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEPNIAK and M-STEP LOGISTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:19-cv-02467-JVS-JDE <br><br> (Removed from Orange County Superior Court, Case No. 30-2019-01113232-CU-BC-CJC) <br><br> **ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The stipulation is approved.  The entire action, including all claims and

counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: October 19, 2021

_____
Hon. James V. Selna